FILED IN
COURT OF CRIMINAL APPEALS

July 6, 2015

ABEL ACOSTA, CLERK

IN THE
TEXAS COURT OF
CRIMINAL APPEALS

0101-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/6/2015 12:00:00 AM
Accepted 7/6/2015 8:07:10 AM
ABEL ACOSTA
CLERK

OSMIN PERAZA §
§
VS. § Case Numbers 0100-15 & 0101-15
§
THE STATE OF TEXAS §

*granted*
*to 7.23-15*
*pc*
*7.6.15*

**Motion to Extend Time to File Motion for Rehearing**

Now comes Osmin Peraza, appellant in the above-styled and numbered causes, by and through assistant public defender, Jani J. Maselli Wood, and respectfully moves the Court for an extension of time within which to file his motion for rehearing, and for cause would show the Court as follows:

I.

On July 1, 2015, this Court issued its opinions in the above-referenced case. The cases reversed the lower court of appeals.

II.

The motion for rehearing is currently due July 16, 2015.

III.

Undersigned counsel is requesting 7 days from the current due date until July 23, 2015.

IV.

Undersigned counsel has numerous deadlines in the next thirty days and has been working diligently to handle all her cases:

**PDR's due** (NFE because of previous extensions)

*Gregorio Guerrero v. State*, due 7/15/2015;

*Kenneth McAfee v. State*, due 7/13/2015

**Briefs due**:

Brief after PDR granted due in *Joshua London v. State*, due July 24, 2015

*Shaun Briggs v. State*, 01-15-00269-CR - due July 15, 2015

*Carl Lovings v. State*, 14-15-00167-CR - due on July 19, 2015

*Mario Dunn v. State*, 14-15-00340-CR - due on July 27, 2015

**CLE**

Counsel is the course director and will be attending Train the Trainers and a CDLP training in South Padre Island from July 7-11, 2015.

V.

This request is made not to delay the proceedings, but to ensure that Mr. Peraza is adequately represented.

WHEREFORE, PREMISES CONSIDERED, Mr. Peraza respectfully prays that this the Court permit an extension of time until July 23, 2015.

Respectfully submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County Texas

*/s/ Jani Maselli Wood*

JANI J. MASELLI WOOD
Assistant Public Defender
State Bar Number 00791195
Harris County Texas
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0001
(713) 368-9278 (Fax)
Jani.Maselli@pdo.hctx.net

Attorney for Appellant,
Osmin Peraza

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. Proc. 9.5, this certifies that on July 2, 2015, a copy
of the foregoing was emailed to counsel for the state (through texfile.com) at the
following address:

Lisa McMinn
Lisa.McMinn@SPA.texas.gov

*/s/ Jani J Maselli Wood*

JANI J. MASELLI WOOD